IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EDDRICK SHORTER, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) CIVIL ACTION NO. 3:11cv531-WHA ) (WO) |
| THOMAS BOSWELL, et al., | ) ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of Defendant Kirby Dollar's unopposed Motion to Dismiss (Doc. # 96), filed on June 26, 2012, it is hereby

ORDERED that the Defendant's Motion to Dismiss is GRANTED, and, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, all claims against Kirby Dollar are dismissed with prejudice.

Done this 24th day of July, 2012.

W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE